35 So.3d 1031 (2010)
Carl LEE, Appellant,
v.
The STATE of Florida, Appellee.
No. 3D09-704.
District Court of Appeal of Florida, Third District.
June 2, 2010.
*1032 Clayton R. Kaeiser, for appellant.
Bill McCollum, Attorney General, and Ansley B. Peacock, Assistant Attorney General, for appellee.
Before RAMIREZ, C.J., and GERSTEN and SALTER, JJ.
PER CURIAM.
Affirmed. Croom v. State, ___ So.3d ___ (Fla. 1st DCA 2010); Wilson v. State, 933 So.2d 598 (Fla. 3d DCA 2006).